

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-14-00627-CV

Raymond S. **DE LEON** II, Trustee of the Delfina & Josefina Alexander Family Trust,
Appellant

v.

Josefina Alexander **GONZALEZ**, et al.,
Appellees

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2014-CVQ-001098-D4
Honorable Oscar J. Hale, Jr., Judge Presiding

PER CURIAM

Sitting:     Catherine Stone, Chief Justice
            Karen Angelini, Justice
            Sandee Bryan Marion, Justice

Delivered and Filed:  September 17, 2014

DISMISSED

Appellant has filed a motion to dismiss this appeal.  The motion contains a certificate of service to appellees, who have not opposed the motion.  Therefore, we grant the motion and dismiss the appeal.  *See* TEX. R. APP. P. 42.1(a)(1).  Costs of the appeal are taxed against appellant.

PER CURIAM